# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 207 MAL 2016

         Respondent            :

                                      :    Petition for Allowance of Appeal from
                                      :    the Order of the Superior Court

         v.                      :

TERRENCE VERNELL BROWN,       :

         Petitioner              :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.

      Justice Mundy did not participate in the consideration or decision of this matter.